**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

AVINIE M BATES,

     Plaintiff,

v.                                   CASE NO. 5:16-cv-00248-MP-GRJ

UNITED STATES OF AMERICA,

     Defendant.

_____/

### O R D E R

     This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated September 19, 2016. (Doc. 2).  The parties have been furnished a copy

of the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc.

3.  I have made a de novo review based on those objections.

     Having considered the Report and Recommendation, and the timely filed objections, I

have determined that the Report and Recommendation should be adopted.   The Court agrees

with the Magistrate Judge that plaintiff's proper remedy to attack his conviction and sentence is

through a motion under 28 U.S.C. § 2255 and that plaintiff currently has such a motion pending

before Judge Hinkle.  That motion makes the identical arguments as the petition in this case.

Plaintiff's objections do not address the conclusion that § 2255 must be used to attack his

conviction and sentence.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The Motion for Emergency Writ of Mandamus, Doc. 1, is DENIED.

**DONE AND ORDERED** this *6th* day of December, 2016

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge